```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRISTOPHER S. HALES
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2791
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  Case No. 2:11-cr-0128 KJM
                                )
12           Plaintiff,         )
                                )  NOTICE OF RELATED CASES AND ORDER
13      v.                      )     REASSIGNING CRIMINAL MATTER
                                )
14  MIGUEL ANGEL HERNANDEZ,     )  [Local Rules 123(a)(4), (c), (f)]
     aka Miguel Hernandez Herna )
15                              )
                                )
16           Defendant.         )
                                )
17                              )
                                )
18  _____)
                                )  Case No. 2:05-cr-0403 MCE
19  UNITED STATES OF AMERICA,   )
                                )
20           Plaintiff,         )
                                )
21      v.                      )
                                )
22  MIGUEL ANGEL HERNANDEZ,     )
                                )
23                              )
                                )
24           Defendant.         )
                                )
25  _____)
26
27
28

                               1
```

1    The United States of America, through its undersigned counsel,
2  hereby notices the Court and the Clerk of the Court that the
3  supervised release violation petition in <u>United States v. Hernandez</u>,
4  Case No. 2:05-cr-0403 MCE, is related to the case <u>United States v.
5  Hernandez</u>, Case No. 2:11-cr-0128 KJM, within the meaning of Local
6  Rule 123(a)(4).  A related case finding is also supported by the
7  rationale of Local Rule 123(f).

**Proceedings before the Honorable Kimberly J. Mueller**

On March 17, 2011, a Sacramento grand jury returned a single count Indictment in <u>United States v. Hernandez</u>, Case No. 2:11-cr-0128 KJM.  The Indictment alleges that defendant was a deported alien found in the United States on or about January 15, 2011, in violation of 8 U.S.C. § 1326.  Defendant was arraigned on this indictment before United States Magistrate Judge Gregory G. Hollows on August 13, 2012.  The matter has been set for a status conference before Judge Mueller on September 26, 2012 at 9 a.m.

**Proceedings Before the Honorable Morrison C. England, Jr.**

In <u>United States v. Hernandez</u>, Case No. 2:05-cr-0403 MCE, the Court accepted the defendant's guilty plea to being a deported alien found in the United States on February 7, 2006.  The Court sentenced defendant to 37 months in prison and 36 months of supervised release.  The term of supervised release commenced on July 11, 2008.

After defendant's release from federal custody, the Probation Officer filed a petition alleging that defendant violated the terms of supervised release on January 15, 2011, by being found in the United States in violation of the condition that he not reenter the country, and for driving under the influence in violation of California Vehicle Code 23152(a).  On August 13, 2012, defendant

appeared before United States Magistrate Judge Gregory G. Hollows for his initial appearance on the revocation petition.  At that time government counsel informed the court of its intent to file this notice of related cases.  The revocation petition matter in <u>United States v. Hernandez</u>, Case No. 2:05-cr-0403 MCE, was therefore provisionally set for further admit/deny proceedings before Judge Mueller on September 26, 2012 at 9 a.m., simultaneously with <u>United States v. Hernandez</u>, Case No. 2:11-cr-0128 KJM, pending the outcome of the government's request in this notice of related cases.

**Related Cases Under Local Rule 123**

The United States respectfully requests that both matters be assigned to Judge Mueller under the authority of Local Rule 123(f).  Local Rule 123(f) provides as follows:

> Where a Notice of Related Cases is filed suggesting that a petition for probation action and/or violation of the terms of supervised release should be related to a new indictment, and the basis of the probation petition or alleged supervised release violation is the conduct underlying the new indictment, the two actions shall be related and the Judge or Magistrate Judge assigned to the new criminal action shall also be assigned the earlier action, unless the original sentencing judge desires to retain the first action, in which circumstance both actions shall be assigned to the original sentencing judge.

E.D. Cal. L.R. 123(f).  The two <u>Hernandez</u> matters are related within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a savings of judicial effort.  In addition, the two matters are similar to the related cases contemplated by Local Rule 123(f) because the conduct underlying the new Indictment before Judge Mueller is one of the grounds for the supervised release petition violation before Judge England.

3

1 | For these reasons, the United States respectfully requests that
2 | this Honorable Court (1) find that the pending Indictment in <u>United
3 | States v. Hernandez</u>, Case No. 2:11-cr-0128 KJM is related to the
4 | pending supervised release violation in <u>United States v. Hernandez</u>,
5 | Case No. 2:05-cr-0403 MCE, because assignment of these actions to a
6 | single Judge is likely to effect a savings of judicial effort, and
7 | (2) pursuant to Local Rule 123(f), order the Clerk's Office to
8 | reassign the pending supervised release violation in <u>United States
9 | v. Hernandez</u>, Case No. 2:05-cr-0403 MCE, to the Honorable Kimberly
10 | J. Mueller.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 13, 2012          By: /s/ Christopher S. Hales
                                CHRISTOPHER S. HALES
                                Assistant U.S. Attorney

1 **ORDER**

2   For the reasons set forth in the Notice of Related Cases filed
3 by counsel for the United States, the Court finds that the criminal
4 case captioned <u>United States v. Hernandez</u>, Case No. 2:11-cr-0128
5 KJM, is related to the pending supervised release violation in
6 <u>United States v. Hernandez</u>, Case No. 2:05-cr-0403 MCE, within the
7 meaning of Local Rule 123(a)(4) because assignment of these actions
8 to a single Judge is likely to effect a savings of judicial effort.
9   Based upon this finding, pursuant to Local Rule 123(f), **IT IS**
10 **HEREBY ORDERED** that the Clerk of the Court shall **REASSIGN** <u>United</u>
11 <u>States v. Hernandez</u>, Case No. 2:05-cr-0403 MCE, to the Honorable
12 Kimberly J. Mueller.
13   **IT IS FURTHER ORDERED** that the Clerk of the Court
14 make appropriate adjustment in the assignment of cases to compensate
15 for this reassignment.

17   **IT IS SO ORDERED.**
18 DATED: August 15, 2012.

_____
UNITED STATES DISTRICT JUDGE